IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-00587-ALM |
| | § | |
| CUBEX, LLC | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING ALL CLAIMS AGAINST CUBEX, LLC

Plaintiff ASD Specialty Healthcare, Inc. filed a voluntary notice of dismissal of all claims under Rule 41(a). All claims are therefore dismissed with all fees and costs to be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of March, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE